MICHAEL J. HEYMAN
United States Attorney

WILLIAM R. REED
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, AK 99802
Phone: (907) 796-0400
Email: William.R.Reed@usdoj.gov

RACHEL L. ROTHBERG
Trial Attorney, Department of Justice
Child Exploitation and Obscenity Section
1301 New York Ave NW, 11th Fl
Washington, DC 20530
Email: Rachel.Rothberg@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 1:25-cr-00013-TMB-MMS |
|---|---|
| Plaintiff, | COUNT 1: |
| | ADVERTISING CHILD |
| v. | PORNOGRAPHY |
| | Vio. of 18 U.S.C. § 2251(d)(1)(A), (e) |
| ADAM JOSEPH POOL, | |
| | COUNT 2: |
| Defendant. | DISTRIBUTION OF CHILD |
| | PORNOGRAPHY |
| | Vio. of 18 U.S.C. § 2252A(a)(2), (b)(1) |
| | |
| | CRIMINAL FORFEITURE |
| | ALLEGATION: |
| | 18 U.S.C. § 2253, 28 U.S.C. § 2461(c) |
| | and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between on or about July 5, 2024, and on or about July 20, 2024, within the District of Alaska, the defendant, ADAM JOSEPH POOL, knowingly made, printed, and published, and caused to be made, printed, and published, a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer; and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2251(d)(1)(A), (e).

## COUNT 2

Between on or about July 5, 2024, and on or about July 20, 2024, within the District of Alaska, the defendant, ADAM JOSEPH POOL, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, using any means and facility of interstate and foreign

commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1-2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Upon conviction of the offenses in violation of 18 U.S.C. §§ 2251(d)(1)(A), (e), and 2252A(a)(2),(b)(1), as set forth in Counts 1 or 2 of this Indictment, the defendant, ADAM JOSEPH POOL, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violations or any property traceable to such property, including, but not limited to:

- A Motorola Moto G Power (2022), Serial Number Z022269YH2; and
- An MSI Laptop, Model Number MS-17K3, Serial Number K2109N0213292, with charging cord.

//
//
//
//
//
//

All pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ William R. Reed
WILLIAM R. REED
Assistant U.S. Attorney
United States of America

s/ William R. Reed for
RACHEL L. ROTHBERG
Trial Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: December 16, 2025